THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Alicia Coulter<br><br>Plaintiff,<br><br>v.<br><br>Jackson Philip Smith, et al.<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTIONS<br><br>Case No. 2:25-cv-1090 AMA DBP<br><br>Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is pro se Plaintiff Alicia Coulter's Motion of Case Transfer[1] and Amended Motion of Case Transfer.[2] In both motions, Plaintiff declines the jurisdiction of a Magistrate Judge and requests that the court assign the case to Senior Judge David Nuffer. On December 30, 2025, this case was assigned to District Judge Ann Marie McIff Allen and referred to the undersigned pursuant to 28 U.S.C. 636(b)(1)(B).[3]

Local Rule 72-2 provides that if consent is not obtained, the "Clerk's Office will randomly assign [a] case to a district judge and, unless a district judge directs otherwise, enter an automatic referral under 28 U.S.C. § 636(b)(1)(B) to the magistrate judge who was initially assigned."[4] Contrary to Plaintiff's request, a party is not entitled to choose which District Judge a matter is assigned to.

---

[1] ECF No. 7.

[2] ECF No. 8.

[3] ECF No. 9.

[4] DUCivR 72-2(d)(2).

Thus, based upon the Local Rules and the current procedural posture, Plaintiff's respective Motions are DENIED. IT IS FURTHER ORDERED that Plaintiff is to comply with the court's December 4, 2025, order regarding filing an Amended Complaint.

IT IS SO ORDERED.

DATED this 31 December 2025.

_____
Magistrate Judge Dustin B. Pead
United States District Court for the District of Utah