# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| Alicia Coulter<br><br>　　　　　Plaintiff,<br>v.<br><br>Jackson Philip Smith, et al.<br><br>　　　　　Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR ORDER OF INJUNCTIONAL RELIEF<br><br>Case No. 2:25-cv-1090 AMA DBP<br><br>Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is pro se Plaintiff Alicia Coulter's "Motion for Order of Injunctional Relief."[1] Plaintiff requests "injunction relief to have the United States Marshall Service; service the Defendant(s) in the heading grant order."[2] The Motion is DENIED as Plaintiff provides no basis to grant it and it violates the court's prior orders.

On December 3, 2025, the court entered an order temporarily granting Plaintiff's Motion for Leave to Proceed in forma pauperis.[3] In that order the court provided that

> Other than court forms (e.g., the email filing and electronic notification form for unrepresented parties and the consent to jurisdiction of a Magistrate Judge form), Plaintiff must not file any other documents during the time the complaint is screened or until the court orders otherwise. If Plaintiff files any such other documents, they will be lodged on the docket and will not be addressed until screening of the complaint is completed.[4]

---

[1] ECF No. 16.

[2] Motion at 1.

[3] ECF No. 5.

[4] Order at 2.

Plaintiff's Complaint is still in the screening process and the current motion is an "other document" that should not be filed until after the screening process is complete.

More importantly, on December 4, 2025, the court Ordered Plaintiff to file an amended complaint, finding the original Complaint deficient in many respects. Plaintiff has yet to comply with filing an Amended Complaint. Given that the deadline is January 9, 2026, and that Plaintiff is proceeding pro se, the court will extend the deadline an additional time frame until January 19, 2026, for Plaintiff to comply. A failure to comply may result in the court dismissing Plaintiff's Complaint.

IT IS SO ORDERED.

DATED this 9 January 2026.

_____
Magistrate Judge Dustin B. Pead
United States District Court for the District of Utah